UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KWESI NOKKMO DONALDSON,

    Petitioner,

v.

STEVEN SINCLAIR,

    Respondent.

CASE NO. C11-5956BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The petition is **TRANSFERRED** to the Ninth Circuit Court of Appeals as a second or successive petition pursuant to Ninth Circuit Rule 22-3(a).

Dated this 3rd day of January, 2012.

                        BENJAMIN H. SETTLE
                        United States District Judge